IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-01007-CMA-MJW

FACTORY DESIGN LABS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

FACTERY.NET, INC., a Delaware corporation, a/k/a FACTERY, INC.,
d/b/a Factery Labs, and
DOES 1 through 5,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the parties' Stipulation For Dismissal Without Prejudice (Doc. # 13). The Court having considered the Stipulation For Dismissal, hereby

ORDERS that this action be DISMISSED WITHOUT PREJUDICE, all parties to pay their own costs and attorneys' fees.

DATED: November __22__, 2010

                                          BY THE COURT:

                                          */s/ Christine M. Arguello*
                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge